Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Attorneys for Plaintiff DIRECTV, INC.

Shawn R. Parr (Cal. Bar No.: 206616)
**PARR LAW GROUP**
150 Almaden Boulevard
Suite 1380
San Jose, California 95113
Telephone: (405) 267-4500
Attorney for Defendant HILARIO ROMERO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION    *E-FILED - 4/21/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CV-04-3592 RMW |
| Plaintiff, | Honorable Ronald M. Whyte |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT HILARIO ROMERO AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| HILARIO ROMERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant HILARIO ROMERO, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant HILARIO ROMERO. Each of said parties to bear its/his own costs and attorney's fees.

Defendant HILARIO ROMERO is the last remaining Defendant in this action. This entire action as to all remaining claims is hereby terminated in full.

The terms of the Confidential Settlement Agreement dated March 21, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments

1  from Defendant, the last of which is not due to be received until November 2005. If the
2  Defendant does not make any payment under the Agreement when due, DIRECTV is authorized
3  to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for
4  Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The
5  parties therefore have consented, and hereby further stipulate and consent to, the retention of
6  jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the
7  purpose of enforcing the payment terms of the Agreement, including entering a Judgment against
8  Defendant pursuant to the Stipulation. The parties therefore respectfully request that the Court
9  retain such jurisdiction.

10  DATED: April 13, 2005                    Respectfully Submitted,

11                                           BUCHALTER, NEMER, FIELDS & YOUNGER
                                             A Professional Corporation
12
13
14                                           By: _____
                                             Sandeep J. Shah
15                                           Attorneys for Plaintiff DIRECTV, Inc.
16
17  DATED: April 13, 2005                    PARR LAW GROUP
18
19
20                                           By: _____
                                             Shawn R. Parr
21                                           Attorneys for Defendant HILARIO ROMERO

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant HILARIO ROMERO and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant HILARIO ROMERO is hereby dismissed from this action with prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant HILARIO ROMERO to enforce the terms described above of the Settlement Agreement between those parties dated March 21, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 4/21/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California